# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CHRISTOPHER J. REED and JOANNA C. REED, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MORRIS THOMAS, JR. )<br>)<br>)<br>Defendant. )<br>) | CIVIL NO. 2005-0045 |

## ORDER

An Evidentiary Hearing was held on October 10, 2007 to determine the damages in this matter. At the conclusion of the hearing, Plaintiffs' counsel recited her findings of fact orally to the Court. The Court requests that Plaintiffs submit their findings of fact in writing, including a calculation of all damages suffered by Plaintiffs in this matter. It is hereby

**ORDERED** that Plaintiffs submit their findings of fact in writing within 10 days of this Order.

**ENTER:**

**DATE:** March 3, 2008         _____/s/_____
                                Honorable Raymond L. Finch
                                District Judge